IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| Numerous Plaintiffs, | CIVIL CASE NO. 17-00003 and other similarly related cases[*] |
| vs. | |
| Louis Brouillard, and other named Defendants, | **ORDER** |

Since the reorganization plans for the Archbishop of Agana[1] and the Boy Scouts of America[2] bankruptcy cases have been confirmed, the court is inclined to resolve the 244 pending civil actions by setting the matters for trial where possible. To secure the speedy resolution of these cases, the court orders the following:

- For any unserved defendant(s), plaintiff must effectuate service within the next two weeks from the date of this Order and file the returns or proof of service thereafter.[3] If service

---

[1] *In re Archbishop of Agana, a Corporation Sole,* Bankr. Case No 19-00010.

[2] *In re Boy Scouts of America and Delaware BSA, LLC*, Bankr. Case No. 20-10343 (LSS) (Bankr. Del.).

[3] Plaintiffs represented by Attorney Anthony Perez may have 30 days from the date of this Order to effectuate service on any unserved defendant. If service cannot be effected, then said plaintiffs must file a motion for extension of service under Rule 4(m) within 35 days from the date

- cannot be effected, then plaintiff must file a motion for extension of service under Rule 4(m) within 21 days from the date of this Order. The court will thereafter dismiss without prejudice any and all claims against an unserved defendant(s);.

- If a Catholic school, parish or church listed in Exhibit A[4] of the First Amended Complaint filed in *Official Committee of Unsecured Creditors v. Archbishop of Agana, a Corporation Sole,* Adv. Proc. No. 19-00001, ECF No. 5, is named as a defendant, then plaintiff shall file a motion to dismiss said claim against the Catholic school, parish or church defendant, which was determined to be property of the bankruptcy estate. *See id.,* Memorandum of Decision, Findings of Fact and Conclusion of Law, and Order, ECF No. 239;

- If settlement was reached with a religious order defendant (*i.e.,* Capuchin Franciscans, Sisters of Notre Dame, Discalced Carmelite Nuns, etc.), plaintiff must file a voluntary dismissal against said defendant within seven (7) days of the date of this Order;

- Plaintiff must determine whether his/her claim(s) against a religious order defendant(s) is affected by the injunctions issued in the Boy Scouts of America bankruptcy case. If the claim(s) is not affected, plaintiff must inform the court within 21 days of the date of this Order whether plaintiff will proceed with the claims so that a scheduling conference can be set to put the case on the court's trial calendar;

- Where a deceased alleged perpetrator is named as defendant, plaintiff must move to substitute the proper party within 21 days of the date of this Order if plaintiff intends to proceed with said claim(s). If no such motion is filed, the court will dismiss said defendant

---

of this Order.

[4] Exhibit A was amended at the adversary proceeding trial on February 24, 2022, to exclude certain lots and include real property in Inarajan, condominium units in Makati City, Philippines and a Merrill Lynch investment account. *See Official Committee of Unsecured Creditors v. Archbishop of Agana, a Corporation Sole,* Adv. Proc. No. 19-00001, Mem. of Decision, Findings of Fact and Conclusion of Law, and Order at 2, n.4, ECF No. 239.

without prejudice;

- Where Doe Defendants are included in the operative pleading and the case is not affected by the automatic stay and/or injunctions issued in the Boy Scouts of America bankruptcy case, plaintiff must file an amended complaint against the identified party(ies) within 21 days of the date of this Order. Failure to identify the Doe Defendants will result in a dismissal without prejudice of said defendants; and

- In all other cases, the parties must file a Scheduling and Planning Conference Report within 21 days of the date of this Order, so that a scheduling conference can be set and these cases promptly calendared for trial.

**IT IS SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Aug 14, 2023

---

* 17-00003, 17-00004, 17-00005, 17-0006, 17-00007, 17-00008, 17-00010, 17-00011, 17-00012, 17-00013, 17-00014, 17-00015, 17-00016, 17-00017, 17-00018, 17-00019, 17-00020, 17-00021, 17-00022, 17-00023, 17-00024, 17-00025, 17-00026, 17-00027, 17-00028, 17-00030, 17-00031, 17-00032, , 17-00033, 17-00034, 17-00035, 17-00036, 17-00037, 17-00038, 17-00039, 17-00040, 17-00041, 17-00042, 17-00045, 17-00046, 17-00047, 17-00048, 17-00049, 17-00051, 17-00052, 17-00053, 17-00054, 17-00055, 17-00056, 17-00057, 17-00058, 17-00059, 17-00060, 17-00061, 17-00062, 17-00063, 17-00064, 17-00065, 17-00066, 17-00067, 17-00070, 17-00072, 17-00075, 17-00076, 17-00077, 17-00078, 17-00079, 17-00080, 17-00081, 17-00082, 17-00084, 17-00085, 17-00087, 17-00088, 17-00092, 17-00095, 17-00098, 17-00099, 17-00100, 17-00101, 17-00102, 17-000104, 17-00105, 17-00106, 17-00107, 17-00109, 17-00111, 17-00114, 17-000115, 17-00116, 17-00117, 17-00118, 17-00120, 17-00121, 17-00122, 17-00123, 17-00124, 17-00125, 17-00129, 17-00130, 18-00001, 18-00003, 18-00004, 18-00007, 18-00008, 18-00009, 18-00013, 18-00014, 18-00017, 18-0018, 18-00020, 18-00021, 18-00022, 18-00023, 18-00026, 18-00027, 18-00036, 18-00039, 18-00040, 19-00001, 19-00010, 19-00012, 19-00013, 19-00014, 19-00015, 19-00016, 19-00017, 19-00018, 19-00019, 19-00020, 19-00021, 19-00022, 19-00023, 19-00024, 19-00025, 19-00026, 19-00027, 19-00028, 19-00029, 19-00030, 19-00031, 19-00032, 19-00033, 19-00034, 19-00035, 19-00036, 19-00037, 19-00038, 19-00039, 19-00040, 19-00041, 19-00042, 19-00043, 19-00044, 19-00045, 19-00046, 19-00047, 19-00048, 19-00049, 19-00050, 19-00051, 19-00052, 19-00053, 19-00054, 19-00055, 19-00056, 19-00057, 19-00059, 19-00060, 19-00061, 19-00062, 19-00063, 19-00064, 19-00065, 19-00066, 19-00067, 19-00068, 19-00069, 19-00070, 19-00071, 19-00072, 19-00073, 19-00074, 19-00075, 19-00076, 19-00077, 19-00078, 19-00079, 19-00080, 19-00081, 19-00082, 19-00083, 19-00084, 19-00085, 19-00086, 19-00087, 19-00088, 19-00090, 19-00091, 19-00092, 19-00093, 19-00094, 19-00095, 19-00098, 19-00100, 19-00101, 19-00102, 19-00104, 19-00105, 19-00107, 19-00109, 19-00110, 19-00111, 19-00112, 19-00113, 19-00114, 19-00115, 19-00116, 19-00119, 19-00120, 19-00121, 19-00122, 19-00124, 19-00125, 19-00127, 19-00128, 19-00129, 19-00131, 19-00133, 19-00134, 19-00135, 19-00148, 19-00149, 19-00151, 20-00005, 20-00006, 20-00008, 20-00009, 20-00010, 20-00011, 20-00012, 20-00013, 20-00014 and 20-00023.